# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

MARK WILLIAMS and CAROL WILLIAMS,

    Plaintiffs,

v.

ELI LILLYAND COMPANY, an Indiana corporation,

    Defendant.

No. 5:14-cv-00460-FL

## AMENDED CASE MANAGEMENT ORDER

Pending in the above-captioned lawsuit is a joint motion for a limited enlargement of discovery deadlines to allow the Parties to conduct agreed document discovery and depositions. The Court GRANTS the Joint Motion to Amend Case Management Order and hereby modifies the deadlines in the Case Management Order (Dkt. 23) as follows:

|  | **Amended Deadlines** |
| --- | --- |
| Fact Discovery | June 7, 2016 |
| Plaintiffs' Expert Disclosures | July 7, 2016 |
| Lilly's Expert Disclosures | August 5, 2016 |
| Rebuttal Expert Reports | August 22, 2016 |
| All Discovery Except Expert Depositions | August 29, 2016 |
| Initial Expert Depositions | 50 days after receipt of reports |
| Rebuttal Expert Depositions | 30 days after receipt of reports |
| Dispositive Motions | October 31, 2016 |
| Trial Date | The Court will set a date after dispositive motions |

SO ORDERED, this 11th day of \_\_\_\_\_April\_\_\_\_, 2016.

_____
Honorable Louise W. Flanagan