# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| MARK WILLIAMS and CAROL WILLIAMS,<br><br>        Plaintiffs,<br><br>v.<br><br>ELI LILLYAND COMPANY, an Indiana corporation,<br><br>        Defendant. | No. 5:14-cv-00460-FL |

## ORDER GRANTING JOINT REQUEST FOR STAY

Pending in the above-captioned lawsuit is a Joint Request for 30-Day Stay to allow the parties to further discuss the specific terms of and to finalize a formal settlement agreement.

The Court GRANTS the Joint Request for 30-Day Stay and hereby orders the parties to promptly advise the Court once a final settlement agreement is in place, or alternatively if the settlement is not consummated and the litigation stay should be lifted. Should this matter not settle, the parties shall submit a proposed schedule adjusting for the stay of proceedings. The parties shall submit an update within 30 days of this Order.

The Court takes no action on Plaintiff's pending motion to compel, and the deadline for Plaintiff's reply brief in support of its motion to compel (*see* May 11, 2016 Order, ECF No. 42) shall be extended to seven days following the lifting of the litigation stay should this matter not settle.

SO ORDERED, this 12th day of May, 2016.

*/s/ Louise W. Flanagan*
Honorable Louise W. Flanagan